729 A.2d 68

**COMMONWEALTH of Pennsylvania, Respondent,**

**v.**

**Jeffrey D. HILL, Petitioner.**

**No. 1026 M.D. Allocatur Docket 1998.**

Supreme Court of Pennsylvania.

April 30, 1999.

Jeffrey D. Hill, pro se.

## *ORDER*

**AND NOW,** this 30th day of April, 1999, the above captioned case is herewith non prossed for failure to proceed.